UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINE A. DE CIEL,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL LAMAR PORTER,<br><br>            Defendant. | Case No. 3:25-cv-03351-JSC<br><br>**DISMISSAL ORDER**<br><br>Re: Dkt. No. 38 |

On August 28, 2025, the Court granted Defendant's motion to dismiss for improper venue, improper service of process, and failure to state a claim. (Dkt. No. 38.) Plaintiff was given until September 19, 2025 to file an amended complaint and warned if she failed to do so, the Court would dismiss the action without prejudice based on improper venue. (*Id*. at 8.) As Plaintiff has not filed an amended complaint by the deadline to do so, the Court DISMISSES this action without prejudice for improper venue. A separate judgment will follow.

**IT IS SO ORDERED.**

Dated: October 8, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge